UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **26-3499**

Case Title: **In re: E. Palestine Train Derailment** vs.

List all clients you represent in this appeal:

| |
|---|
| **All Plaintiffs** |

☑ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor           (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jedidiah I. Bressman**     Signature: s/ **Jedidiah I. Bressman**

Firm Name: **Bressman Law**

Business Address: **2727 Tuller Parkway**

City/State/Zip: **Dublin/OH/43017**

Telephone Number (Area Code): **614-538-1116**

Email Address: **Jedidiah@BressmanLaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17