**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 11, 2026

Mr. Jedidiah Irving Bressman
Law Offices of David A. Bressman
2727 Tuller Parkway
Suite 100
Dublin, OH 43017

Mr. Seth Alan Katz
Burg, Simpson, Eldredge, Hersh & Jardine
40 Inverness Drive, E.
Englewood, CO 80112

Mr. Adam J. Gomez
Ms. Elizabeth Graham
Grant & Eisenhofer
123 Justison Street
7th Floor
Wilmington, DE 19801

Mr. Albinas Prizgintas
Mr. Alan Evan Schoenfeld
Wilmer Hale
250 Greenwich Street
7 World Trade Center
New York, NY 10007

Re: Case No. 26-3499
*In re: E. Palestine Train Derailment*
Originating Case No. 4:23-cv-00242

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **September 30, 2026**.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday
Direct Dial No. 513-564-7027